NUMBER 13-06-667-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant,


v.



NELDA W. FLORES, Appellee.

___________________________________________________________________


On appeal from the 94th District Court


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, TEXAS DEPARTMENT OF PUBLIC SAFETY, perfected an appeal from
a judgment entered by the 94th District Court of Nueces County, Texas, in cause
number 06-1300-C. After the record was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant states that it no longer wishes to prosecute this
appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 29th day of March, 2007.